

**VIA FEDEX**

March 29, 2022

Case: 1:22–mc–00043
Assigned To : Unassigned
Assign. Date : 3/31/2022
Description: Misc. (O–DECK)

Discord, Inc.
c/o C T Corporation System
300 North Brand Boulevard
Suite 700
Glendale, CA 92103

Hello:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States.

We have determined that users of your system or network have infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individuals offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringers. This would include the individuals' names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account history, as available.

If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1000 F Street N.W., 2nd Floor, Washington, D.C., 20004.

Sincerely,

Victoria Sheckler
Deputy General Counsel

RECEIVED

MAR 3 1 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In Re:

DMCA 512(h) SUBPOENA TO
DISCORD, INC.

)
)
)
)
)
)
)
)
)

Case: 1:22–mc–00043
Assigned To : Unassigned
Assign. Date : 3/31/2022
Description: Misc. (O–DECK)

**DECLARATION OF MARK McDEVITT**

**IN SUPPORT OF ISSUANCE OF
SUBPOENA PURSUANT TO 17 U.S.C §
512(h)**

I, MARK McDEVITT, the undersigned, declare that:

1.      I am a Senior Vice President, Online Content Protection for the Recording Industry
Association of America, Inc. (RIAA).  The RIAA is a trade association whose member
companies create, manufacture or distribute sound recordings.  The RIAA is authorized to act on
its member companies' behalf on matters involving the infringement of their copyrighted video
and sound recordings.

2.      The RIAA is requesting the attached proposed subpoena that would order Discord, Inc. to
disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-
mail addresses, payment information, account updates and account histories of the users
operating the following websites:

*Huey Lewis and The News – The Power of Love*
https://discord.com/channels/740572537595101194/740574539544789033/91728853067
2230440

*Luther Vandross – Never Too Much*
https://discord.com/channels/740572537595101194/740574539544789033/91445271819
6752435

*Stone Temple Pilots – Big Bang Baby*
https://discord.com/channels/740572537595101194/740574539544789033/91590780207
1982081

**RECEIVED**

MAR 3 1 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

3.      The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have reproduced and have offered for distribution our members' copyrighted sound recordings without their authorization.  This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.


Executed at Washington, District of Columbia, on March 29, 2022.



Mark McDevitt

**From:** RIAA Antipiracy <antipiracy@riaa.com>
**Sent:** Monday, March 14, 2022 3:08 PM
**To:** copyright@discord.com
**Subject:** Server Removal Request for Unauthorized Sound Recordings (REF: E17-443911647284832)


March 14, 2022

Discord.com

E17-443911647284832

Hello,

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture, and distribute approximately the majority of all legitimate sound recordings sold in the United States.

Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that Discord is operating and/or hosting the below-referenced Discord server(s) on its network. This server(s) is/are dedicated to infringing our members' copyrighted sound recordings by offering, selling, linking to, hosting, streaming, and/or distributing files containing our members' sound recordings without authorization. Below is a representative list of the infringing files/locations and related sound recordings being infringed on or via that/those Discord server(s).

We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you (i) remove and/or disable access to this Discord server, (ii) remove the files or links from your system, including any mirrored or duplicate copies of those files or links, and/or that you disable all access to the infringing files and associated links, and (iii) inform the server operator/s and the uploader/s to that server(s), as applicable, of the illegality of their conduct.

We also ask that you consider the widespread and repeated infringing nature of the server operator(s)' and uploader(s') conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com to discuss this notice. Thank you for your assistance.

Regards,
Alissa Hayward
Online Anti-Piracy
RIAA


https://discord.com/channels/740572537595101194/740574539544789033/917288530672230440 huey lewis and the news - the power of love
https://discord.com/channels/740572537595101194/740574539544789033/914452718196752435 luther vandross - never too much
https://discord.com/channels/740572537595101194/740574539544789033/915907802071982081 stone temple pilots - big bang baby